UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LUIS ESPINAL,

                 Plaintiff,

        -against-

MICHAEL SPOSATO, as Sheriff of Nassau
County Jail, JOHN DOE, Warden of Nassau
County Jail, JOHN DOE, Superintendent of
Nassau County Jail,

               Defendants.
-------------------------------------------------------X

ORDER
13-CV-5653 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  NOV 05 2013  ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

       Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the

instant complaints and find that they relate to the subject matter of the Consolidated Action, *Reid,*

*et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this

action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed

hereto.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would

not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

       The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation

to the *pro se* plaintiffs at their last known addresses.

                             SO ORDERED

                             s/ Sandra J. Feuerstein

                             Sandra J. Feuerstein
                             United States District Judge

Dated:       November 5, 2013
                  Central Islip, New York